**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DYLAN REICHERT,**

    **Plaintiff,**

v.                                                     **CASE NO.: 8:24-cv-00887-WFJ-TGW**

**GEOCKO, INC. d/b/a FORWARD**

    **Defendant.**

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, DYLAN REICHERT, and Defendant, GEOCKO, INC. d/b/a FORWARD, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 27th day of September 2024.

| | |
|---|---|
| **COOLEY LLP** | **WENZEL FENTON CABASSA, P.A.** |
| 110 N. Wacker Drive, | 1110 North Florida Avenue |
| Suite 4200 | Suite 300 |
| Chicago, IL 60606 | Tampa, Florida 33602 |
| Telephone: 312-881-6500 | Telephone: 813-224-0431 |
| Facsimile: 312-881-6598 | Facsimile: 813-229-8712 |
| | |
| BY: */s/ Miriam G. Petrillo* | BY: */s/ Brandon J. Hill* |
|     Miriam G. Petrillo |     Brandon J. Hill |
|     E-mail: cgibbons@cooley.com |     Florida Bar Number: 0037061 |
|     Counsel for Defendant |     E-mail: bhill@wfclaw.com |
| |     Counsel for Plaintiff |